

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-22-00441-CV

**IN THE INTEREST OF R.L.W., E.L.W., R.A.W. AND R.L.W.**, Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01022
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The reporter's record was due July 28, 2022, but was not filed. On July 29, 2022, the court reporter filed a notification of late record, requesting an extension of fifteen days to file the record.

Accordingly, we GRANT the court reporter's request for an extension of time and ORDER the court reporter to file the reporter's record in this court by August 12, 2022. The court reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. We further remind the court reporter that in appeals from orders terminating the appellant's parental rights, we may not grant extensions of time to file the appellate record that exceed 30 days cumulatively. TEX. R. APP. P. 28.4(b).

It is so **ORDERED** on this 29th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court